Carolina Glass Co. v. Fidelity and Deposit Co.—Opinion of Court.

*McKay & Withers,* for Plaintiffs in Error;

*N. B. K. Pettingill,* for Defendant in Error.

PER CURIAM.—This cause having been submitted to the Court at a former term upon the transcript of the record of the judgment aforesaid and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

All concur.

---

CAROLINA GLASS COMPANY, A CORPORATION, *Plaintiff in Error,* v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, A CORPORATION, *Defendant in Error.*

Opinion filed May 29, 1919.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval; P. L. Gaskins, Referee.

Affirmed.

*George C. Bedell,* for Plaintiff in Error;

*Marks, Marks & Holt,* for Defendant in Error.

PER CURIAM.—This cause having been submitted to the Court at a former term upon the transcript of the record of the judgment aforesaid and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be and the same is hereby affirmed.

All concur.

W. C. BRYCE, *Plaintiff in Error*, v. CEDAR KEY STATE BANK, A CORPORATION, *Defendant in Error*.

Opinion filed May 29, 1919.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Levy; Robert E. Davis, Referee.

Affirmed.

*Hampton & Hampton* and *W. S. Broome*, for Plaintiff in Error;

*L. P. Hardee* and *Odom & Butler*, for Defendant in Error.

PER CURIAM.—This cause having been submitted to the Court at a former term upon the transcript of the record of the judgment aforesaid and argument of counsel for